IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD F. ACERBA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN | : | NO. 15-cv-5355 |

ORDER

AND NOW, this 17th day of October 2016, after careful and independent consideration of Richard F. Acerba's petition under 42 U.S.C. § 405(g) for judicial review of the final decision of the Commissioner of Social Security (Doc. No. 1), review of the Report and Recommendation by United States Magistrate Judge Linda K. Caracappa (Doc. No. 13), and Defendant's failure to file timely objections, it is ORDERED as follows:

1. The Report and Recommendation (Doc. No. 13) is APPROVED and ADOPTED.

2. Plaintiff's request for review is GRANTED.

3. This matter is REMANDED to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with this order and the Report and Recommendation.

4. The Clerk of Court is directed to close this matter for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.